APPROVED
OCT 28
/s/ LAURA TAYLOR SWAIN
USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 31 2014

Dear, Honorable Judge Swain

I'am hearby writing this letter to you with concerns of a recommendation that you indicated as part of my Sentence, which is that I be permitted to spend the final 12 months in Community Confinement. Now with being that I'am a participant in the RDAP program and with the completion of it from my understanding leads to a deduction of 18 months off my current sentence of 34 months (a year off with completion of RDAP & they add you in for 6 months Home Confinement) I give great appreciation that you afforded me with the opportunity to join the program. It gives me a chance to correct my thinking errors, reaching far outside my criminal box and also the importance of how drug use is strongly effective in mindless behavior. So once again Thank you! Getting back to my concern I was wondering after doing time calculation & ect I would be eligable for a period of 8 months of Home Confinement if possibly recommended by you and strongly considered by the federal Bureau of Prisons, I'am very greatful to have come fourth in your presence. It sounds pretty weird and sad but I believe I needed this to open my eyes up and slow me down in my tracks. I'm still young and I'am given a chance to better my self for the sake of my family and my self as well. I certainly have no doubt in my mind that one day I'll become very successful just like you are today. You are a huge inspiration to my life and I seriously will never forget you Judge Swain, Hope all is very well by the time this letter reaches you and that you also remain Blessed!...

Sincerly,
Mr Conard